UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>MITCHELL DOUGLAS GILBRETH,<br><br>               Defendant. | No. CR-08-110-EFS<br><br>ORDER GRANTING IN PART MOTION TO MODIFY |

Pending before the court is Defendant Mitchell Gilbreth Motion's to Modify Conditions of Pretrial Release. In the interest of justice and for good cause shown, Mr. Gilbreth's Motion **(Ct. Rec. 32)** is **GRANTED in part**. The condition of random drug testing shall be terminated effective immediately.

The request for curfew, however, is **DENIED** without prejudice. Currently, Mr. Gilbreth is permitted to be away from his residence for employment purposes. In addition, as per electronic monitoring policy, he is permitted to be away from home for four hours on Tuesdays for personal errands and for family activities.

**IT IS SO ORDERED.**

DATED January 12, 2009.


                        S/ CYNTHIA IMBROGNO
               UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING IN PART MOTION TO MODIFY - 1